FILED

11/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0393

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

**NO. DA 23-0393**

_____

| | | |
|---|---|---|
| STATE OF MONTANA | ) | |
| Plaintiff/Appellee | ) | |
| | ) | **ORDER GRANTING EXTENSION** |
| vs. | ) | **OF TIME TO FILE SUPPLEMENT** |
| | ) | **TO OPENING BRIEF** |
| JUSTIN KALINA, | ) | |
| | ) | |
| Defendant/Appellant. | ) | |

UPON REVIEW of the Defendant/Appellant's motion for extension of time, and good cause appearing therefrom;

It is hereby ORDERED that the Defendant/Appellant shall have through November 18, 2024, to file a supplement to his opening brief.

ELECTRONICALLY SIGNED AND DATED BELOW.

cc: Jami Rebsom
Roy Brown
Austin Knudsen
Scott Twito

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 15 2024